Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                         Plaintiff,<br><br>v.<br><br>JOHN   DOE,   subscriber   assigned   IP<br>address<br> 98.109.188.221,<br><br>                         Defendant. | Civil Case No. 3:16-cv-00998-PGS-LHG |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe

("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP

Address 98.109.188.221.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John

Doe has neither answered Plaintiff's Complaint nor filed a motion for summary

judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 23, 2016

Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
Patrick J. Cerillo
pjcerillolaw@comcast.net

4 Walter Foran Blvd.
Suite 402
Flemington, NJ 08822
Attorney ID No.:  01481-1980
Telephone:  (908) 284-0997
Facsimile:  (908) 284-0915
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Patrick J. Cerillo*
Patrick J. Cerillo